# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF PARENTAL RIGHTS AS TO B. B. C., A/K/A W. T. M., MINOR CHILD. | No. 71708 |

BRUCE M.,

Appellant,

vs.

WASHOE COUNTY DEPARTMENT OF SOCIAL SERVICES,

Respondent.

**FILED**

AUG 1 0 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order terminating appellant's parental rights. Second Judicial District Court, Family Court Division, Washoe County; David Humke, Judge.

On June 26, 2017, this court entered an order granting appellant's motion for an extension of time to find and retain new counsel. Pursuant to that order, appellant was directed to respond to this court by June 30, 2017, with either a notice of appearance from new counsel, or a notice that appellant intends to proceed in pro se. We cautioned appellant that failure to timely comply with our order could result in the dismissal of this appeal as abandoned. To date, appellant has failed to respond to the order or otherwise communicate with this court. We conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. David Humke, District Judge, Family Court Division
Bruce M.
Washoe County District Attorney
Washoe District Court Clerk